**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| RONALD SAILON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GEICO INSURANCE AGENCY, INC., *et al.*,<br><br>　　　　Defendants. | 2:16-cv-00915-RFB-VCF<br><br>**ORDER** |

　　　Before the Court is the parties' Notice of Tentative Settlement in Lieu of Discovery Plan and Scheduling Order (ECF NO. 9).

　　　Accordingly,

　　　IT IS HEREBY ORDERED the proposed stipulation and order for dismissal must be filed on or before August 1, 2016.

　　　DATED this 15th day of June, 2016.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE